**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**
*Rochester Division*
1550 United States Courthouse
100 State Street
Rochester, New York 14614

---

In re:                                                Case #2-11-22054-PRW
                                                       Chapter 7

      JOSEPH PILATO,

            Debtor.

---

**TRUSTEE'S INTENT TO SELL COMBINED WITH NOTICE THEREOF - PRIVATE SALE**

---

Raja N. Sekharan, *Chapter 7 Bankruptcy Trustee*, intends to conduct a private sale of non-exempt items of the bankruptcy estate pursuant to *Federal Rule of Bankruptcy Procedure* § 6004(a), as follows:

1. **DESCRIPTION OF PROPERTY OR INTEREST TO BE SOLD:**

| ASSET | SCHEDULED VALUE | OFFER |
|---|---:|---:|
| Books | $100.00 | $80.00 |
| Movies/CDs/DVDs/Videos | $185.00 | $148.00 |
| Ring | $325.00 | $260.00 |
| Hand Tools and Garden Equipment | $200.00 | $160.00 |
| Lawn Mower | $350.00 | $280.00 |
| Total | | $928.00 |

2.     The total amount the Buyer owes for the assets is: **$928**

3.     **BUYER'S NAME AND ADDRESS (AND RELATIONSHIP OF BUYER(S)' TO DEBTOR(S), IF ANY):**

In re: Joseph Pilato
Case #2-11-22054-PRW
Trustee's Intent to Sell Combined with Notice Thereof - Private Sale

    a.     Buyer's Name:     Joseph Pilato

    b.     Buyer's Address:     4631 Sweden Walker Road
                                                  Brockport, New York 14420

    c.     Relationship to Debtor:     The Buyer is the Debtor

4. **PRICE (AND PAYMENT TERMS, IF ANY)**:

    a.     The Trustee is currently holding the proceeds in the Bankruptcy Estate Trust Account.

5. **TRUSTEE'S BASIS FOR PURCHASE PRICE:**

    a.     The value for the Books, Hand tools, and Garden Equipment was determined by the scheduled values in the bankruptcy petition, using Craigslist Advertisements as a reference.

    b.     The value for the Movies, CDs, DVDs, Videos, and Lawnmower was determined by Craigslist Advertisements.

    c.     The value for the Ring was determined by an e-Bay Advertisement.

    d.     The offer from Joseph Pilato falls within the normal range of such assets valuation, and represents a fair value within the Trustee's experience. The Trustee believes that the offer from Joseph Pilato of $928 is a fair and reasonable offer for assets of this nature.

6. **OTHER TERMS, CONDITIONS, OR INFORMATION REGARDING THE SALE:**

    a.     None.

In re: Joseph Pilato
Case #2-11-22054-PRW
Trustee's Intent to Sell Combined with Notice Thereof - Private Sale

**PLEASE TAKE NOTICE**, that unless an objection or a request for a hearing is filed with the Bankruptcy Court Clerk, the Trustee, and the United States Trustee regarding the above sale by _____, 2014, the intended sale will go forward, and the Trustee will sell the above interest or property by virtue of the Trustee's statutory powers, without further Notice or Order of the Court. A hearing will take place before the Honorable Paul R. Warren, at _____ on _____, 2014, at \_\_\_\_\_, if a timely objection is filed.

Dated: _____, 2014. _____
    Rochester, New York                            Lisa Bertino Beaser
                                                  *Clerk*, United States Bankruptcy Court